UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | )  | |
|---|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) | ) | 3:09-md-02100-DRH-PMF |
| MARKETING, SALES PRACTICES AND | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates to:**

*Taundra Taylor v. Paula Senn Peters, et al.,* No. 3:11-20073-DRH-PMF

ORDER GRANTING DISMISSAL
WITHOUT PREJUDICE

Plaintiff filed a motion to voluntarily dismiss her claims without prejudice pursuant to F.R.C.P. 41(a)(2) (Doc. 25). To date, Defendants have not responded. Having considered plaintiff's motion and the applicable provisions of F.R.C.P. 41, the Court **GRANTS** the motion to dismiss without prejudice. Plaintiff's case is therefore dismissed **without prejudice**.

SO ORDERED

Digitally signed by David R. Herndon
Date: 2012.06.04 17:05:48 -05'00'

**Chief Judge**                                                                 Date: June 4, 2012
**United States District Court**