UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|   |   |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

*Taundra Taylor v. Paula Senn Peters, et al.,* No. 3:11-20073-DRH-PMF

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Taundra Taylor, filed a motion to voluntarily dismiss her claims *with* prejudice pursuant to F.R.C.P. 41(a)(2) (Doc. 25). On June 4, 2012, this Court granted the motion to dismiss as to Taundra Taylor *without prejudice.* Upon further review, it is evident that Taundra Taylor was seeking a *with prejudice* dismissal as to her claims. Accordingly, the Court orders as follows: The claims of Taundra Taylor are dismissed with prejudice.

**SO ORDERED**

Digitally signed by David R. Herndon
Date: 2012.06.05 15:41:31 -05'00'

**Chief Judge**                                                            Date: June 5, 2012
**United States District Court**